LAED 247 (Rev. 11/14)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Michael Meany | Case No: 10-58<br>USM No: 31406-034 |
| Date of Original Judgment: 06/21/2012<br>Dates of Previous Amended Judgments/Orders: | Federal Public Defender - Samantha Kuhn<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[✓] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 39    as of 6/21/2012    Amended Total Offense Level: 39
Criminal History Category: III                         Criminal History Category: II
Previous Guideline Range: 324 to 405 months    Amended Guideline Range: 292 to 365 months

*(Complete Part II of Page 2 when motion is granted)*
**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

The Court is sympathetic to Mr. Meany's argument that his 264 month-sentence, as negotiated for in the June 11, 2012 Sentencing Agreement, is in the middle of the Guidelines range that would have been applicable if the Court accepted Mr. Meany's argument that his total offense level should be 36, not 39. However, Mr. Meany waived his right to have this Court rule on his objections to the PSR when he entered into the Agreement. Further, the record documents consistently rely on a total offense level of 39 and refer to Mr. Meany's 264-month sentence as a sentence below the applicable Guidelines range. Thus, Mr. Meany is ineligible for a sentence reduction because he is serving a term "less than the minimum of the amended guidelines range determined under" USSG § 1B1.10(b)(1). USSG § 1B1.10(b)(2)(A).

Except as otherwise provided, all provisions of the judgment dated    06/21/2012    shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/18/2025

*Judge's signature*

Effective Date: 07/18/2025

The Honorable Eldon E. Fallon
*Printed name and title*

*(No earlier than Nov. 1, 2015, for Amd. 782 sentence reductions.)*